WILLIAM M. FEENEY et al., Appellants, v CONSOLIDATED RAIL CORPORATION, Respondent and Third-Party Plaintiff. PEAVEY COMPANY, Third-Party Defendant-Respondent and Fourth-Party Plaintiff-Respondent; GRAND TRUNK WESTERN RAILROAD COMPANY, Fourth-Party Defendant-Respondent.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Ostrowski, J. (Appeal from order and judgment of Supreme Court, Erie

County, Ostrowski, J.—summary judgment.) Present—Dillon, P. J., Callahan, Balio, Lawton and Davis, JJ.